Judgment in a Civil Case
_____

United States District Court
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| RALPH M. MOHR | **JUDGMENT IN A CIVIL CASE** |
|   v. | CASE NUMBER: 23-CV-39 |
| ERIE COUNTY LEGISLATURE, ET AL. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendants' Motions for Summary Judgment are Granted.


Date: April 25, 2023                            MARY C. LOEWENGUTH
                                                CLERK OF COURT

                                                By: s/ Jennifer V.
                                                    Deputy Clerk